NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL CORNELIUS THOMAS,
DOC #S13602,

       Appellant,

v.                                                                Case No. 2D18-355

STATE OF FLORIDA,

       Appellee.

_____

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

       Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.